~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
AUG 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**RE:** Dela Merced, Amanda

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR06-0336-SBA

**DATE:** August 11, 2006

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad T. Wilson
U.S. Pretrial Officer Assistant

510-637-3753
TELEPHONE NUMBER

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall submit to drug testing as directed by Pretrial services.

B. The defendant shall participate in drug counseling as deemed appropriate by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D. Brazil_       8-14-06
**JUDICIAL OFFICER**       **DATE**

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Lisa Clark, Financial