1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ALICIA W. FENRICK (CSBN 193860)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94618
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,       )    No. 06-00336 SBA
14                                 )
           Plaintiff,              )    STIPULATION AND ORDER SETTING
15                                 )    DATE FOR CHANGE OF PLEA
           v.                      )
16                                 )
   AMANDA DE LA MERCED             )
17                                 )
           Defendant.              )
18 _____)
                                   )
19

20    It is hereby stipulated by and between the parties that the date scheduled for status in the

21 above captioned case be continued to November 28, 2006 at 11:00 a.m. for change of plea. The

22 reason for the requested continuance is that the parties have commenced plea negotiations which

23 has necessitated further investigation by counsel for the government. Taking into consideration

24 the exercise of due diligence, the parties agree that the investigation should be completed within

25 the next three weeks. The parties further request that time be excluded under the Speedy Trial

26 Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) from the date of this Order to November 28, 2006 to

27 allow for effective preparation of counsel.

28

STIPULATION AND ORDER SETTING DATE FOR CHANGE OF PLEA

| | | |
|---|---|---|
| 1 | DATED: November 6, 2006 | /S/ |
| 2 | | ALICIA W. FENRICK |
| | | Assistant United States Attorney |

DATED: November 6, 2006                             /S/
                                                    V. ROY LEFCOURT
                                                    Counsel for Defendant

### ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the status date in the above captioned case be continued to November 28, 2006 at 11:00 a.m. for change of plea.. IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to November 28, 2006 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for effective preparation of counsel under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

DATED: November 7, 2006                             *Saundra B Armstrong*
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

STIPULATION AND ORDER SETTING DATE FOR CHANGE OF PLEA